IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SHEILA DAVIS, *Plaintiff*, <br><br> v. <br><br> CITY OF CHARLOTTESVILLE SCHOOL BOARD, ET AL., *Defendants*. | CIVIL ACTION NO. 3:11-CV-00026 <br><br> ORDER <br><br> NORMAN K. MOON <br> UNITED STATES DISTRICT JUDGE |

For the reasons stated in the accompanying memorandum opinion, the motions to dismiss (docket nos. 4 & 7) are GRANTED,[*] and this matter is STRICKEN from the court's active docket.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

Entered this 1st day of December, 2011.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

---

[*] As stated in the accompanying memorandum opinion, Plaintiff's allegations against the City of Charlottesville School Board of sexual harassment in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 *et seq.*, fail to state a claim upon which relief can be granted, and the motion to dismiss is granted as to that count of the complaint. Regarding the state law claims against both defendants, I decline, pursuant to 28 U.S.C. § 1367(c), to exercise supplemental jurisdiction over such claims, and the state law claims are dismissed without prejudice.